In the Matter of TRI-REME REALTY CORPORATION, Appellant. EDWARD CORSI, as Industrial Commissioner of the State of New York, Respondent.

Argued June 14, 1946; decided July 23, 1946.

*Louis G. Hart, Jr.* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.